```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLAS MILLAN,

                Plaintiff,

      v.

VEORIDE, INC.,

                Defendant.

No. 23-cv-3506 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A post-fact-discovery conference was previously scheduled in this matter for October 13, 2023. Yesterday, the Court granted the parties' request for an extension of the discovery deadlines. Accordingly, the post-fact discovery conference is hereby adjourned to December 8, 2023 at 2:30 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    September 26, 2023
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge