Kathleen E. Beatty, Esq.
Kathleen Law P.C.
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 979-2392
Fax (347) 296-3767
kathleen@kathleen-law.com

VIA ECF
Hon. Jennifer E. Willis
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Nicolas Millan v. Veoride, Inc.*
Docket No.: 23-cv-3506

---

> The request is GRANTED. The pre-settlement conference is adjourned to May 1, 2025 at 10:00 AM. The parties are to use the same Teams link.
>
> The parties are reminded to provide their ex-parte submissions no later than April 29, 2025. SO ORDERED.
>
> /s/ Jennifer E. Willis
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> April 24, 2025

---

Dear Judge Willis,

    The undersigned represents the plaintiff in the above-captioned matter. This letter is respectfully submitted to request an adjournment of the pre-settlement conference that is currently scheduled to be held on April 28, 2025 at 11 a.m. The reason for the request is the undersigned is engaged on trial in the Supreme Court of Kings County. Defense counsel graciously consented to this request. Counsel for all parties are currently available to complete this conference on May 1 at 10 a.m., or any other time that day before 1 p.m. No prior requests for an adjournment or extension have been made. Thank you for your time and consideration of this request.

Very truly yours,

/s/ Kathleen E. Beatty

Cc: John Wackman, Esq.
Nilan Johnson Lewis
Attorneys for Defendant
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
(612) 305-7500