**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NICOLAS MILLAN,

                        Plaintiff,                  **ORDER**

            -against-                        **23-CV-3506 (RA) (JW)**

VEORIDE, INC.,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A settlement conference was held on May 7, 2025. Settlement was not reached. Plaintiff's request to hold the discovery dispute in abeyance pending the completion of the settlement conference is GRANTED *nunc pro tunc*. See Dkt. No. 58. The parties are directed to provide a joint status letter by May 16, 2025, no longer than 10 pages, outlining any remaining discovery disputes. SO ORDERED.

      SO ORDERED.

DATED:    New York, New York
              May 7, 2025

                                                            _____
                                                            JENNIFER E. WILLIS
                                                             United States Magistrate Judge