**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NICOLAS MILLAN,

                    Plaintiff,

            -against-

VEORIDE, INC.,

                    Defendant.
-------------------------------------------------------------------X

**ORDER**

**23-CV-3506 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 31, 2026 this Court extended expert discovery to May 15, 2026 and stated no further extensions would be granted.  Dkt. No. 70.  Discovery is now closed. The Parties are to file a joint letter by June 8, 2026 stating 1) whether the Parties are interested in a second settlement conference; 2) whether either Party intends to move for summary judgment and if so, jointly propose a briefing schedule, and 3) if neither Party intends to move for summary judgment the Parties should propose a trial date.

      SO ORDERED.

DATED:    New York, New York
           June 1, 2026

                                   _Jennifer E. Willis_
                                   JENNIFER E. WILLIS
                                   United States Magistrate Judge

1