UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS MILLAN,<br>Plaintiff,<br>v.<br>VEORIDE, INC.,<br>Defendant. | 23-CV-3506 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

The parties shall each submit a letter to the Court by November 13, 2026, addressing whether, under New York law, a consumer may release claims for strict products liability through a pre-injury contractual release. The letters should address *Velez v. Craine & Clark Lumber Corp.*, 33 N.Y.2d 117 (1973), and any public policy considerations bearing on the question.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Ronnie Abrams
United States District Judge